# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2020

160565

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHANNON LADEL KEYS,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 160565
COA: 349343
Mecosta CC: 03-005118-FC

On order of the Court, the application for leave to appeal the October 18, 2019 order of the Court of Appeals is considered. We DIRECT the Mecosta County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



a0526

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2020



Clerk